UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JENNIFER HEBERT

VERSUS

WAL-MART LOUISIANA, LLC

CIVIL ACTION

NO. 09-993-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby, dated June 14, 2010 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand (doc. 14) is DENIED.

Baton Rouge, Louisiana, this 16th day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE